UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Salvatore Candela, pro se

_(In the space above enter the full name(s) of the petitioner(s).)_

-against-

United States of America

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

**15CV8111**

**APPLICATION FOR THE COURT
TO REQUEST COUNSEL
PURSUANT TO 18 U.S.C. § 3006A(g)**

I, **Salvatore Candela**, _(print or type your name)_ am a party in this case and am unable to afford the services of an attorney. I hereby request the Court to grant my request for counsel to represent me in this proceedings.

1.    In support of my application, I provide the following information:

A.    Explain why you feel you need a lawyer in this case. (Use additional paper if necessary)

I have a viable issue under 28 U.S.C. § 2241 and am unable to bring these issues to fruition without assistance of counsel.

B.    Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary)

I am unable to afford an attorney and am from Italian decent and my family is in Italy unable to assist me.

C.    If you need a lawyer who speaks in a language other than English, state what language you speak:

Italian/English

_Rev. 10/2010_

RECEIVED
SDNY PRO SE OFFICE
2015 OCT 14   PM 4:42

2.      In further support of my application, I declare that (check appropriate box):

☐ I have previously filed a Request to Proceed *In Forma Pauperis* application in this proceeding, and it is a true and correct representation of my current financial status.

☒ I have not previously filed a Request to Proceed *In Forma Pauperis* in this proceeding, and now attach an original Request to Proceed *In Forma Pauperis* application detailing my financial status.

☐ I have previously filed a Request to Proceed *In Forma Pauperis* application in this proceeding, however, my financial status has changed. I have attached another Request to Proceed *In Forma Pauperis* application showing my current financial status.

3.      I understand that if a lawyer volunteers to represent me and that lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court.

4.      I understand that if my answers on this application are false, my case may be dismissed.

5.      **I declare under penalty of perjury that the foregoing is true and correct.**

Dated: 10-8-2015                                _____
                                                          Signature

*Rev. 10/2010*