UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SALVATORE CANDELA,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.
-------------------------------------------------------------X

JUDGMENT

16 CV 291 (RJD)

A Memorandum and Order of the Honorable Raymond J. Dearie, United States District Judge, having been filed on February 11, 2021, denying Salvatore Candela's petition for federal habeas relief docketed as civil matter 01 CV 16 291, ECF 2, 4 and 6, for lack of jurisdiction; and denying the issuance of a certificate of appealability, 28 U.S.C. § 2253(c)(2); it is

ORDERED and ADJUDGED that Salvatore Candela's petition for federal habeas relief docketed as civil matter 01 CV 16 291, ECF 2, 4 and 6, is dismissed for lack of jurisdiction; and that no certificate of appealability shall issue, 28 U.S.C. § 2253(c)(2).

Dated: Brooklyn, New York
February 12, 2021

Douglas C. Palmer
Clerk of Court

By: _/s/Jalitza Poveda_
Deputy Clerk